

FILED

AUG 17 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

07-15-00027-CV

4-30-15

Attention:

"Kirby"

Would you please see that the Court of Appeals, 7th District Court in Amarillo, Texas receives the "Bill of Review Supporting Documents that was filed on 10-7-14 ~~with~~ District Clerk, Travis County.? (A-CC)

Re: CASE # 07-15-00027-CV
Trial Court #: D1-GV-14-004109

Thank you for your time. Please let me know when sent. My phone number is 903-592-2222

Charlotte Parkhurst

FAX 512-854-6610

Charlotte Parkhurst
1456 RS County Road 1490
Point, Texas 75472

P.O. Box 1748
Austin, Texas, 78767

Dear Mr. Warren Vavra,

I, Charlotte Parkhurst was the lady who came into your office requesting a rehearing on the hearing I had on November 13, 2014 due to the judge was talking before the hearing with the State Comptroller & Attorney for the Attorney General in his chambers. I also mentioned that the judge kept saying he couldn't follow what I was saying and explaining to him in court.

After my files was sent to 7th Court of Appeals in Amarillo, Texas I found that the clerks at the District Courts in Austin did not file the supporting documents along with the Petitions of the Bill of Review which was filed on October 7, 2014. The Supporting documents were not file in the system until April 30, 2015 after I finally got Kirby in the Clerk's office to talk to me and she called back and verified that the supporting documents were filed under another case number and were not in the system

The 7th court of Appeals has all the correct information (am hoping) now. But, I wonder if the Judge had the supporting documents in front of him on November 13, 2014 if the outcome couldn't have been different see the judge told the Attorney General's Attorney Saucer, "Tell your friend not to celebrate for she did a good job".

I wanted the Clerks to write a statement when they finally sent the supporting documents saying that those documents were not available for the November 13, 2014 hearing.

Just needed to have someone know in a letter written statement.

Thank-you for your time.

Truly yours,

*Charlotte Parkhurst*

Charlotte Parkhurst
903-598-2222

** Judges usually don't override other Judge's decisions as you well Know. But, if a note from Travis Clerks stated "Supporting Documents were filed under wrong docket # D-1-GV-10-000265 and was not put into system until April 30, 2015 it could impact maybe me getting back my $35,000.00, I Never owed to the State Comptroller nor Atty General. Thankyou again, Charlotte Parkhurst 6/25/15

07-15-00027-CV



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 1, 2015

Charlotte L. Parkhurst
1456 RS County Road 1490
Point, TX 75472

Kevin R. Sauer
Sean M. O'Neill
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548, MC 008
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00027-CV Trial Court Case Number: D-1-GN-14-004109
**Style:** Charlotte L. Parkhurst v. Office of the Attorney General and the Comptroller of
Public Accounts for the State of Texas

Dear Ms. Parkhurst and Counsel:

The following has been filed in the captioned appeal:

Second Supplemental Clerk's Record (1 volume)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable John K. Dietz (DELIVERED VIA E-MAIL)
      Amalia Rodriguez-Mendoza (DELIVERED VIA E-MAIL)

1456 Rd Cty Rd 1490
75472

NORTH TEXAS TX FACIL
DALLAS TX 751
11 AUG 2015 PM 10 L
FOREVER
USA

Court of Appeals
7th District of Texas
501 S. Fillmore Street
Suite 2-A
Amarillo, Tx 79101-2449

79101-2449
79101-244921